UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-21406-CV-WILLIAMS

OSCAR GONZALEZ,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 44) ("***Report***") on the Parties' cross-motions for summary judgment (DE 20; DE 25) ("***Motions***"). In the Report, Judge Sanchez recommends that Defendant U.S. Citizenship and Immigration Services' ("***USCIS***") Motion be granted, and Plaintiff Oscar Gonzalez's ("***Plaintiff***") Motion be denied. (DE 44 at 2.) Specifically, Judge Sanchez finds that because Plaintiff "procured participating in the TWOV program, a benefit under the INA, to get to the United States in 2002 . . . he was inadmissible under the INA, he did not apply for a waiver of inadmissibility, and his adjustment to permanent residence in 2005 was therefore not lawful and not in accordance with the law." (*Id.* at 11–12.) No objections were filed to the Report, and the time to object has passed. (*See* DE 45.)

Upon a careful review of the Report, the Motions, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1.    Judge Sanchez's Report (DE 44) is **AFFIRMED AND ADOPTED**.

2.    Plaintiff Gonzalez's Motion for Summary Judgment (DE 25) is **DENIED**.

3. Defendant USCIS' Motion for Summary Judgment (DE 20) is **GRANTED**.

4. The Court will separately issue a final judgment.

5. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>20th</u> day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE